HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANK WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FRANK WILSON,<br>Defendant. | Case No. 1:26-po-00124-EGC<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), FRANK WILSON, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Wilson agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Date: July 20, 2026

*/s/ original signature on file*
FRANK WILSON
Defendant

HEATHER E. WILLIAMS
Federal Defender

Date: July 20, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
FRANK WILSON

**ORDER**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Erin Sky Castillo
UNITED STATES MAGISTRATE JUDGE